IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| TRACY BAREFIELD, § § Plaintiff, § § v. § § TRANSWORLD SYSTEMS, INC., § § Defendant. § § § | Civil Action No. 1:17-cv-00223-MAC |

### NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

RESPECTFULLY SUBMITTED,

DATED: October 6, 2017

By: /s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Tel: 215-540-8888
Fax: 215-540-8817
aginsburg@creditlaw.com

Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

       I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Whitney White  
Attorney  
Sessions Fishman Nathan & Israel  
900 Jackson Street, Suite 440  
Dallas TX 75202 4473  
Phone: (214) 741-3017  
Fax: (214) 741-3055  
Email: wwhite@sessions.legal  
Attorneys for Defendant


Dated: October 6, 2017                By: /s/ Amy L. Bennecoff Ginsburg  
                                               Amy L. Bennecoff Ginsburg, Esq.  
                                               Kimmel & Silverman, P.C.  
                                               30 E. Butler Avenue  
                                               Ambler, PA 19002  
                                               Tel: 215-540-8888  
                                               Fax: 215-540-8817  
                                               aginsburg@creditlaw.com