**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| **TRACY BAREFIELD,** § | |
| § | |
| **Plaintiff,** § | |
| § | Case No. 1:17-cv-00223-MAC |
| v. § | |
| § | |
| **TRANSWORLD SYSTEMS, INC.,** § | |
| § | |
| **Defendant.** § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff, Tracy Barefield, and defendant, Transworld Systems, Inc., hereby stipulate to the dismissal of the above-styled case and any claims that were raised in this action, with prejudice, and with each side to bear its own costs and attorneys' fees.

Dated: November 6, 2017

/s/ Amy L.B. Ginsburg
Amy L.B. Ginsburg
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: (215) 540-8888
Facsimile: (877) 788-2864
E-mail: aginsburg@creditlaw.com

*Attorney for Plaintiff*

/s/ Whitney L. White
Whitney L. White
TX Bar No. 24075269
Sessions, Fishman, Nathan & Israel, LLC
900 Jackson Street, Suite 440
Dallas, TX 75202
Telephone: (214) 741-3001
Facsimile: (214) 741-3055
E-mail: wwhite@sessions.legal

*Attorney for Defendant*