**UNITED STATES DISTRICT COURT**       **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| TRACY BAREFIELD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION 1:17-CV-223 |
| | § | |
| TRANSWORLD SYSTEMS, INC, | § | |
| | § | |
| Defendant. | § | |

### ORDER OF DISMISSAL

In accordance with the parties' Stipulation of Dismissal (#10), filed November 6, 2017, this action is dismissed with prejudice.  Each party shall bear its own costs of court and attorney's fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Plano, Texas, this 7th day of November, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE